District Court of Arecibo. Decided February 15, 1924. For the reasons stated in *People* v. *Amorós*, 31 P. R. R. 481, the judgment was reversed.

No. 2167. People, Appellee, *v.* Maldonado, Appellant.— District Court of Arecibo. Decided February 15, 1924. Affirmed.

No. 2739. Martínez et al., Appellants, *v.* Soto, Appellee.—District Court of Aguadilla. Decided February 15, 1924. This is an appeal from an order denying a new trial.

Whereas, The brief of appellant does not show that the trial court was bound by the decision of the Department of Health, or that the mere cancellation of the building permit would have produced a different result;

Whereas, The investigation on which the decision was based had been made several weeks before the trial as a result of complaints made by the appellants to the Department of Health and no showing was made of diligence for discovering before the trial the action taken on the said complaints;

Whereas, It does not appear that the result of the investigation would not be cumulative evidence;

Whereas, For the reasons upon which this court affirmed on December 17, 1923, the judgment in appeal No. 2994, the questions sought to be raised are academical;

Therefore, The order of the trial court of March 24, 1922, overruling the motion for a new trial is hereby affirmed.

No. 2216. People, *v.* Toro, Appellant.—District Court of Ponce. Decided February 18, 1924. Affirmed.

No. 3260. Ballester, Appellant, *v.* Martínez et al., Appellees.—District Court of Aguadilla. Decided February 21, 1924. Appeal dismissed on motion of the appellee because the transcript of the record was not filed in time.

No. 443. Casal, Petitioner, *v.* First District Court of San Juan.—Certiorari. Decided February 21, 1924. In the exercise of the court's discretion the writ was denied.

No. 2146. People, Appellee, *v.* Hernández, Appellant.—